[Nos. 16792–8–I; 16813–4–I.   Division One.   August 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLYN A. BROWN, *Defendant,* JOHNNY JOHNSON, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 84–1–00873–8, Dennis J. Britt, J. entered July 3, 1985. *Affirmed* by unpublished opinion per

Grosse, J., concurred in by Williams and Swanson, JJ.